| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) FISHER, RAYMOND C. | 2. Court or Organization U.S. COURT OF APPEALS - NINTH CIRCUIT | 3. Date of Report 04/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE - SENIOR | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. COURT OF APPEALS - 9th CIRCUIT
125 S. GRAND AVE. #400
PASADENA, CA 91105

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Constitutional Rights Foundation (nonprofit), Los Angeles, CA |
| 2. | Chair, Board of Directors | Western Justice Center (nonprofit), Pasadena, CA |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan-Dec 12 | CA State Teachers Retirement System - Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UC Davis | April 7-8, 2012 | UC Davis Law School | Moot Court | Lodging, Meals, Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FISHER, RAYMOND C.** | 04/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIA Card Svcs NA RASP | A | Dividend | L | T | | | | | |
| 2. M.LYNCH READY ASSETS TRUST | A | Int./Div. | K | T | | | | | |
| 3. RFC STRIPS 0% 4/15/12 | | None | | | Redeemed | 04/15/12 | K | A | |
| 4. RFC STRIPS 0% 10/15/13 | | None | K | T | | | | | |
| 5. RFC STRIPS 0% 10/15/15 | | None | K | T | | | | | |
| 6. US TREAS STRIPS 0% 8/15/12 | | None | | | Redeemed | 08/15/12 | L | A | |
| 7. US TREAS STRIPS 0% 5/15/13 | | None | K | T | | | | | |
| 8. US TREAS STRIPS 0% 8/15/13 | | None | K | T | | | | | |
| 9. US TREAS STRIPS 0% 2/15/14 | | None | K | T | | | | | |
| 10. US TREAS STRIPS 0% 11/15/14 | | None | K | T | | | | | |
| 11. FINANCING CORP STRIPS 0% 5/30/13 | | None | K | T | | | | | |
| 12. FINANCING CORP STRIPS 0% 5/30/14 | | None | K | T | | | | | |
| 13. FHLMC NOTE 5.125% 7/15/12 | A | Interest | | | Redeemed | 07/15/12 | J | A | |
| 14. CD FIRST BK, PUERTO RICO 1.8% 10/1/2012 | A | Interest | | | Redeemed | 10/01/12 | L | | |
| 15. CD FIRST BK, PUERTO RICO 2.0% 4/1/13 | A | Interest | K | T | | | | | |
| 16. CD WEBSTER BK, CT 3/31/14 | A | Interest | L | T | | | | | |
| 17. CD CITIBANK NA,NV 2.55% 3/24/15 | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALGER SPECTRA FUND | | None | L | T | | | | | |
| 19. BLACKROCK GLOBAL ALLOC CL A | A | Dividend | K | T | | | | | |
| 20. CALAMOS INTERNATL | A | Dividend | K | T | | | | | |
| 21. COLUMBIA DIV INCOME | B | Dividend | L | T | | | | | |
| 22. DELAWARE LTD TERM DIVERS. FD CL I | A | Dividend | | | Sold | 12/12/12 | L | A | |
| 23. DREYFUS APPREC FD | A | Dividend | L | T | | | | | |
| 24. FRANKLIN STRATEGIC INC FD | A | Dividend | L | T | Buy | 03/07/12 | L | | |
| 25. HARTFORD FLOATING RATE FD | A | Dividend | | | Sold | 03/06/12 | J | A | |
| 26. HIGHMARK GENEVA MID CAP | | None | K | T | Sold (part) | 03/28/12 | J | A | |
| 27. | | None | | | Buy (add'l) | 12/12/12 | K | | |
| 28. IVA WORLDWIDE FD | | None | K | T | Buy | 12/12/12 | K | | |
| 29. JANUS GLOBAL RSCH | | None | | | Sold (part) | 03/28/12 | J | A | |
| 30. | | None | | | Sold | 12/12/12 | K | A | |
| 31. J.HANCOCK DISCIPLINED MID CAP | | None | | | Sold (part) | 03/28/12 | J | A | |
| 32. | | None | | | Sold | 12/12/12 | J | A | |
| 33. J.HANCOCK STRATEGIC INCM | A | Dividend | L | T | | | | | |
| 34. LEGG MASON BW GLOBAL | A | Dividend | | | Sold | 12/12/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LOOMIS SAYLES STRTGC INC FD | | None | | | Sold | 03/09/12 | K | A | |
| 36. LORD ABBET INT'L | B | Dividend | K | T | Sold (part) | 03/28/12 | J | A | |
| 37. LORD ABBETT SHORT TERM | C | Dividend | L | T | Buy (add'l) | 03/28/12 | K | | |
| 38. | | None | | | Sold (part) | 12/12/12 | J | A | |
| 39. METROPOLITAN WEST TOT.RET.BOND | A | Dividend | | | Buy (add'l) | 03/28/12 | K | | |
| 40. | | None | | | Sold | 12/12/12 | L | A | |
| 41. OPPENHEIMER INTL GROWTH | | None | | | Sold (part) | 03/28/12 | J | A | |
| 42. | | None | | | Sold | 12/12/12 | K | A | |
| 43. PIONEER FUNDAMENTAL GRWTH | A | Dividend | L | T | | | | | |
| 44. PRINCIPAL MID CAP BLEND | | None | K | T | Sold (part) | 03/28/12 | J | A | |
| 45. | | None | | | Buy (add'l) | 12/12/12 | J | | |
| 46. PRUDENTIAL SHORT TERM CORP BOND | C | Dividend | L | T | Buy (add'l) | 03/28/12 | K | | |
| 47. | | None | | | Sold (part) | 12/12/12 | J | A | |
| 48. PRUDENTIAL TOTAL RETURN | C | Dividend | L | T | Buy (add'l) | 08/30/12 | K | | |
| 49. | | None | | | Sold (part) | 12/12/12 | J | A | |
| 50. PUTNAM EQUITY INCOME | | None | | | Sold | 12/12/12 | L | A | |
| 51. RS GLOBAL NATURAL RESRCS | | None | | | Sold | 12/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SUN AMERICA FOCUSED DIV | B | Dividend | L | T | | | | | |
| 53. TEMPLETON GLOBAL FD | C | Dividend | L | T | Buy | 03/07/12 | K | | |
| 54. | | None | | | Buy (add'l) | 12/12/12 | L | | |
| 55. THORNBURG INVESTMENT INCM | C | Dividend | K | T | Sold (part) | 12/12/12 | K | A | |
| 56. THORNBURG STRATEGIC INCM | A | Dividend | | | Sold | 12/13/12 | L | A | |
| 57. UAM FPA CRESCENT | A | Dividend | L | T | Buy | 12/12/12 | L | | |
| 58. VIRTUS MULTISECTOR S-T BOND FD | A | Dividend | L | T | Buy | 12/12/12 | L | | |
| 59. WELLS FARGO ADV GROWTH | | None | | | Sold | 12/12/12 | L | A | |
| 60. WESTERN ASSET CORE | | None | L | T | Buy | 12/12/12 | L | | |
| 61. C.SCHWAB MUNI FUND | A | Interest | J | T | | | | | |
| 62. PERKINS MID CAP VALUE FD | | None | | | Sold | 04/30/12 | J | A | |
| 63. NATIONWIDE AMERICA'S VISION ANNUITY (FID.VIP EQUITY) | B | Distribution | L | T | | | | | |
| 64. JACKSON NAT'L LIFE (ANNUITIES) | C | Distribution | M | T | | | | | |
| 65. VENWEST DEVELOPMENT LP1- LTD PTR | | None | | | Closed | 10/27/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FISHER, RAYMOND C.** | 04/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Line 68: I voluntarily withdrew from VenWest Development limited partnership, incurring a loss. Thus the Value is zero and the Gain is negative, which Column D does not appear to address.

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ RAYMOND C. FISHER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544